UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| BRITTANY NICOLE MCCULLOUGH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20–CV–202 |
| | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge dated October 8, 2020. [Doc. 4]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Application to Proceed *In Forma Pauperis* be denied. [*Id.*]. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 4], and that Plaintiff's Application to Proceed *In Forma Pauperis* be DENIED, [Doc. 2].

After the Report and Recommendation was filed, Plaintiff paid the filing fee. Therefore, the Clerk's office is DIRECTED to issue summonses for the case.

1

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                     UNITED STATES DISTRICT JUDGE